# United States District Court

| | CENTRAL | DISTRICT OF | ILLINOIS |

OCT 22 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JEFFREY PRICE

**CRIMINAL COMPLAINT**

CASE NUMBER: 09-M-3053

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 1/1/2002 - 12/31/2004 and 9/11/2009 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

use, persuade, induce entice or coerce any minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, said visual depiction having been produced using materials that have been mailed, shipped, or transported in or affecting interstate and foreign commerce and did knowingly possess, and knowingly attempt to possess, computer hard drives, and other digital storage materials, containing images of child pornography.

in violation of 18 United States Code, Section(s) 2251(a) and 2252(a)(4)(b)

I further state that I am a(n) Special Agent, Immigration and Customs Enforcement and that this complaint is based on the following facts:

See Affidavit of SA Eric Bowers

Continued on the attached sheet and made a part hereof: Yes ☐ No ☐

s/ Eric V. Bowers

Eric Bowers
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 22, 2009 at Springfield, Illinois
Date                      City and State

s/ Byron G. Cudmore

BYRON G. CUDMORE, Magistrate Judge
United States District Court
Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

I, Eric Bowers, being duly sworn, depose and state the following:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been so employed since December 2006. As part of my daily duties as an ICE Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. Section 2256)[1] in all forms of media including computer media. I have been the Affiant of 15 search warrants, and I have also participated in the execution of over 35 search warrants, which involved child exploitation and/or child pornography offenses.

2. The information contained within this affidavit is based on my training and experience, as well as information related to me by other law enforcement officers.

3. Paula M. Morrow is a Detective with the Springfield Police Department. She has been employed as a Police Officer for ten years and has been a Detective for ten months. She is currently assigned to the Criminal Investigations Division assigned to the Sangamon County Child Advocacy Center.

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

1

4. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

5. I am submitting this affidavit in support of a criminal complaint for Jeffery Price.

6. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of Title 18, United States Code, §§ 2251, 2252 and 2252A have been committed by Jeffrey Price. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

7. The instant investigation, described more fully below, has revealed that Jeffery Price, has produced and was in possession of child pornography.

## DETAILS OF THE INVESTIGATION

8. On September 9, 2009, Forensic Inteviewer Tracy Pearson, conducted an interview of a sixteen year old female child, "R.P." During this interview, R.P. stated that her father, Jeffery Price, has physically beaten her in the past with a belt and his hands. She also reported that she was the subject of a previous investigation by the Department of Children and Family Services, "D.C.F.S." about her father taking nude pictures of her. R.P. said when she was around 10 to 12 years old, her father would take photographs of her. Sometimes she was clothed but sometimes she was nude. She could not recall all of the times the photographs were taken but she recalled Jeffrey Price making R.P. wear her mother's lingerie, specifically thong panties, and he would photograph her wearing only the panties. He would also take pictures of her doing "back bends" or just sitting. Most of the photographs were taken in her parent's bedroom. R.P. said her father (Jeffrey Price) would some times have her brother, Jeffrey Price Jr. take photographs of her. One time her father used a tripod to photograph R.P. and himself lying on the couch. Her father was naked and R.P. was wearing only the thong panties. R.P. said the photos were taken when her dad and mom (Robin Price) were still married; however her

2

mother was never home at the time. She said her mother was a "pill addict" and was always gone looking for drugs. Her brother, Jeffrey Jr. obviously was aware of some of the photos and participated at the demand of her father. R.P. said a family member was made aware of what her father was doing. A DCFS investigation was completed however, nothing came of this investigation. R.P. believes her father got rid of all of the pictures at that time because he told her he did. She said he is very "good" with computers and he stated no one would ever find them. R.P. said there was also an incident where one of her brother's, friend's (Curtis Campbell) sister was at the residence and Jeff Price Sr. wanted to take pictures of her. The girl's name was "Sienna" (last name and spelling unknown). Price supposedly told R.P. and Sienna he wanted to make models out of them and wanted to photograph them for that reason. He even completed a "form" and wanted Sienna to sign it, acknowledging it was o.k. for him to photograph her. When Sienna's mother found out she went "nuts" on R.P.'s dad and would not allow him to photograph the girl. R.P. said the photographing went on about a year until the DCFS investigation. R.P. said her mother, Robin Price, told her to tell DCFS she was fully clothed in the photos, so she lied during the investigation and said she was clothed. R.P. stated that Jeffrey Price threatened to withhold her mother's pills if she did not convince R.P. to recant her statement to DCFS.

    9.    R.P. said one time her father wanted to show her "what things were" and he did this by pointing and touching to her private parts. We asked her to elaborate and she said he would touch her clitoris and say "this is a clit". She said this happened around the same time he was taking pictures of her.

    10.    R.P. also said when she started her period around the age of 12 years old; her dad showed her how to put a tampon in. She said he did this by inserting his fingers up inside of her vagina. She said he had a tampon in his hand and she is not sure why he inserted his fingers

inside of her. She said when she had a yeast infection; her dad also inserted the medicine inside of her.

11. R.P. said she was asking her father about going to the doctor to learn how to do breast self exam. She said her dad told her to just pretend he was the doctor and he would do the exam. She said on one occasion he showed her how to do an exam, and she demonstrated what he did this by doing the circular motion around her breasts. She said he only did this one time and she thinks he knew she was uncomfortable with him doing it.

12. R.P. reported her dad telling her she was pretty and sexy and she had a nice body. She said her dad wanted to show her how to masturbate and wanted to buy her dildos to help her accomplish the masturbation. She has seen sex toys belonging to her father at their home.

13. R.P. said her dad asked her if he came into her room in the middle of the night and tried to have sex with her, would she scream and make a big deal about it or would she just pretend to be asleep. She said she told him she would scream and make a big deal about it because it was not right. R.P. stated her dad has never "outright" tried to have sex with her but he would offer to have sex with her. He wanted to talk about her sex life and told her he could teach her some things if she wanted to know. R.P. said her dad offered to perform oral sex on her or told her if she wanted to try it she could perform oral sex on him. R.P. said her father has never touched her with anything other than his hands. She said he has offered sex but did not force it.

14. R.P. said all of her girlfriends stopped coming over to her house because her dad "creeped" them out. She said he would tell them how pretty they were and things like that.

15. R.P. said all of the incidents with her dad stopped at the point he found out she had lost her virginity. She said once her dad knew she lost her virginity, he acted as if he was mad. She said she asked him why and he told her he guessed he was kind of jealous, because he wished it was him.

16. R.P. also said her dad admitted to her, her mother and her brother that he had a sexual relationship with his sister. She said he actually said they "fooled around". R.P. said she heard the rumor that her dad raped her aunt. R.P. said her mother told her that one of her babysitters, who was a 12 year old, stopped babysitting for them because Jeffrey Price had tried to have sex with her.

17. Detective Morrow interviewed R.P.'s stepmother Patricia Price. P. Price advised her she had seen pictures of R.P. in the bath tub nude but believed R.P. to be under the age of 5 years old. P. Price also said there were pictures of R.P. "playing dress up" in her mother's clothing. Detective Morrow asked if R.P. was wearing only a bra and panties in any of these photographs and P. Price stated yes she had seen those photos. She said she thought they were inappropriate and made Jeffrey Price destroy them. Detective Morrow asked if she has ever seen nude photographs of Jeffrey Price and R.P. and she said she had nude photographs of Jeffrey Price, but none of R.P. P. Price also told me she had a video of R.P. masturbating on one of the computers in the home. P. Price alleges R.P. took this video of herself and sent it to an ex-boyfriend.

18. On September 11, 2009, DCFS Investigator Misty Hatcher and Detective Morrow met with Jeffery Price for the purposes of conducting an interview. During the interview, Price acknowledged his rights pursuant to *Miranda* and agreed to waive those rights.

19. Price stated that the DCFS investigation regarding inappropriate photographs R.P. was conducted in 2004. He said several people made comments to him that R.P. could be a model. He said she was a very pretty young girl. Price took R.P. to Carlinville and met with a modeling agency from St. Louis. He said the agency wanted him to purchase a portfolio which was very expensive. He decided to try and create a portfolio of R.P. He and Robin Price dressed R.P. in cute outfits and poses trying to build a portfolio. Price said the allegation was he took photographs of R.P. having sexual intercourse with old men. He denied this occurred.

20. The original reports from the 2004 DCFS investigation details that a family members Renae Hale and Madonna Raines reported that Jeffrey Price took nude pictures and pictures "negligees in provocative poses" for the purpose of publishing on the internet and so that R.P. could become a model. Hale and Raines reported that there is a picture of Price, Robin Price and R.P. all nude. Price was also accused of bringing men home to have sexual intercourse with R.P. for money. When R.P. was interviewed on March 31, 2004, she denied all of the above allegations.

21. During the September 11, 2009 interview, Detective Morrow asked Price if he had taken any nude pictures of R.P. He sighed and stated, "Not to my recollections, not that I remember." When asked if he had taken any pictures of R.P. in lingerie, he said, "I may have, with her dressing up with her mom or her playing dress up," but he could not recall any specific details, other than that R.P. was ten years old at the time. Price denied posing nude with R.P.

22. Price recalled having a conversation with R.P. about using tampons, but denied demonstrating how to use them or putting his fingers in her vagina. He stated that he showed R.P. the directions on the box. Price did not recall any conversation regarding breast exams for cancer screening and denied performing the breast exam on R.P. to show her how to do a self exam. Price denied ever telling his daughter that she was sexy or had a nice body. Price denied offering to show R.P. how to masturbate, buy her sex toys, show her how to perform oral sex or offer to perform oral sex on R.P. Price denied asking R.P. if he came into her room for sex if she would make a big deal about it or if she would pretend to be asleep.

23. Price stated that R.P. was very open with him about her sexual experiences. He said he was of the understanding the more open you are about things the less intrigued the kids would be to want to go and do something. He said this was how he was with sex and drugs. It was that way with everything, he was open with the kids and he said "he tried to take the thrill away from them". He said he gave them a lot of latitude as long as they were honest with him

6

and told him what they were doing. He said an example is that R.P. was put on birth control pills to regulate her periods and to keep her safe as soon as she started her period.

24. Detective Morrow asked Price if he had destroyed all of the photographs of R.P. and he said they were digital and he had a computer that crashed and he had no way of recovering them. Price stated he did not recall tearing up a photograph at P. Price's request and he did not recall the photograph P. Price was speaking of.

25. Detective Morrow asked Price why he thought R.P. was now making a complaint. He said she has told everyone that he, Price, is too controlling. He also said she wants to date a 21 year old male. Price said they agreed to meet the guy and evaluate if she could see him. Price said the subject showed up at the house, smelled of marijuana and Price told R.P. they did not believe this guy was the type of influence they wanted around R.P. Price said he told the subject to not have any contact with R.P. however, R.P. initiates the contact and it has continued. Price told me the 21 year old male is named "Darryl". He believed R.P. had stopped seeing him, but he caught her again and that is when she was grounded and her phone was taken away.

26. Price said R.P. has made comments to her step-sister, Amber, that she would say or do whatever she has to do to get rid of her dad because he is too controlling. Price said he believes he made mistakes by giving R.P. too much freedom and when he tried to "pull in the reins" she has rebelled.

27. Detective Morrow asked Price about a relationship he had with his sister in his youth. Price paused and said it was not a relationship. When asked if he had sexual encounter with her and he said it was "just kids." Price clarified that when they were young, they were playing around, the "I show you yours, you show me mine" type of incident. He said this occurred was when he was younger and before he moved to Springfield. He was living in Bloomington and he was maybe 12 years old. I asked him if his sister would say he had raped her and he replied "No".

7

28.    During the interview, Price had a laptop sitting in the table in front of him. Detective Morrow asked him if it belonged to him and he said yes. Detective Morrow asked if that was the computer P. Price put the video of R.P. masturbating on and he said no, P. Price had her own computer. Detective Morrow asked Price if he had any other fetishes or likes toward pornography, adult or child and he said no. He denied that there would be any child pornography on his computer. He stated that there would not be any pictures of R.P. in the computer.

29.    Price agreed to allow Detective Morrow access to search his laptop computer and completed the consent to search for the Dell Inspiron laptop, service tag #36WY0D1. This was witnessed by Misty Hatcher, DCFS Investigator. A subsequent forensic preview of the Dell Inspiron laptop computer revealed numerous images of a prepubescent minor female engaged in the lascivious exhibition of her genitals. One such image showed the nude minor female sitting on her buttocks and leaning back on her right hand with her left arm draped over her stomach. Her right leg is bent at the knee and laying flat on the ground while her left foot is on the ground and her left knee is raised off the ground. Her pubic area is clearly exposed and is the focal point of the photograph.

30.    On September 11, 2009, Detective Morrow and other officers with the Springfield Police Department executed a search warrant at the defendant's residence, located on the 800 block of North 7th Street in Riverton, Illinois. This search was authorized by the Honorable Leslie Graves, Sangamon County District Court Judge. While at the residence, numerous computer-related items were seized. During the search officers located 11 photographs of a juvenile female posing in lingerie. Detective Morrow recognized the child depicted in the photographs as R.P. On October 13, 2009, Detective Morrow spoke with Robin Price, the biological mother of R.P. Robin Price told Detective Morrow that she recalled Jeff Price taking a photograph of her and her daughter, R.P., both of them nude, sitting on stools in her and Jeff's

bedroom. R.P. would have been about 9 years old at the time. Robin told Detective Morrow that Jeff told her he wanted to take the picture for an "Art" project he was working with on the internet.

31.     Senior Special Agent Michael Mitchell has been employed as a Special Agent for over twelve years. As part of his daily duties as an ICE agent, he investigates criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. He has have received training in the area of child pornography and child exploitation, computer forensics and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[2] in all forms of media including computer media. He is the senior forensics specialist for the Special Agent in Charge, Chicago, Illinois, office and has conducted over 300 computer forensics exams since he began conducting computer forensics in 1995.

32.     I presented a federal search warrant to United States Magistrate Judge Byron G. Cudmore to search Jeffrey Price's Dell Inspiron laptop as well as other computer media seized by Springfield Police department on October 15, 2009. After being authorized to conduct the search, SSA Michael Mitchell conducted a preliminary forensic examination of the laptop Jeffery Price identified as his own. SSA Mitchell found numerous images and movies that exhibit of lascivious exhibition of a child's genitals and/or involve children engaged in sexually

---

[2] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

explicit conduct. SSA Mitchell estimates, based on his training and experience that the children depicted in these images are between the ages of nine and sixteen. He recognized many of the images from other child exploitation investigations that he has conducted.

33. The majority of the images located by SSA Mitchell on Jeffrey Price's laptop computer were found in the "Recycle Bin," having been last accessed by the computer user the morning of September 11, 2009 (the day of the defendant's interview with Detective Morrow). SSA Mitchell located several images of a young girl that he suspected was R.P. based on other evidence located within the hard drive and the context of the images matching the description R.P. gave to child forensic interviewer Tracy Pearson. One of the images depicts R.P. on a bed completely nude facing the camera. She is posed in a sexually coy position, but using her hands to cover her some of her breast area. She has no apparent breast development and based on her body size, she appears to be approximately nine to eleven years. Another image depicts R.P. completely nude next to an adult female who is also completely nude. This image is a full frontal depiction of R.P. and shows no breast development or pubic hair. There were several images of R.P. posed and dressed partially in lingerie. One such image depicts R.P. on a bed on her stomach. She is wearing only white thong-like panties and white thigh high stockings. Her buttocks are exposed and her lack of breast development is visible. She is looking at the camera in a sexually suggestive manner. SSA Mitchell determined that these images were located on the Dell Inspiron hard drive. SSA Mitchell knows that said hard drive was manufactured outside of the United States.

34. On October 22, 2009, I interviewed R.P.'s maternal grandmother, Cindy Johnson. She said that she has seen R.P. in every stage of her life since she was an infant. She was shown sanitized versions of the images described in paragraph 33. She identified R.P. in these images with "100 percent" certainty.

s/ Eric V. Bowers

Eric V. Bowers
Special Agent,
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Investigations

Subscribed and sworn before me this 22nd day of October, 2009.

s/ Byron G. Cudmore

BYRON G. CUDMORE
United States Magistrate Judge

11