IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FILED
NOV 18 2009
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-30107 |
| ) | VIO: 18 U.S.C. §§ 2251(a) and (e), |
| ) | 2252A(a)(5)(B) and (b)(2), |
| JEFFREY PRICE, ) | and 2253. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Production of Child Pornography)

On or about October 2002 through in or about October 2004, at Riverton, in Sangamon County, in the Central District of Illinois,

**JEFFREY PRICE,**

the defendant herein, did and attempted to use, persuade, induce, entice, and coerce a minor, R.P., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Possession of Child Pornography)

On or about September 11, 2009, at Springfield and Riverton, in Sangamon County, in the Central District of Illinois,

### JEFFREY PRICE,

the defendant herein, did knowingly possess, and knowingly attempt to possess, computer hard drives and other digital storage materials, containing images of child pornography, as defined in Title 18 United States Code Section 2256(8), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of 18 United States Code Section 2252A(a)(5)(B) and (b)(2).

## COUNT THREE
(Forfeiture)

1. The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One and Two of this Indictment,

**JEFFREY PRICE,**

the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two of this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly

and use of the aforementioned hardware and software. Including the specific equipment listed:

- White Compaq Computer, Serial No. 2H1BKFZG24NC
- Scandisk
- Gateway computer tower, Serial No. GCN6B11005844
- Two memory chips
- Kodak EasyShare printer dock, and any digitial media contained therein
- Dell Inspiron laptop computer, Serial No. 26WYOD1
- Dell dimension L733R computer tower
- Fuji Discovery 290 zoom film camera
- Antec computer tower, no visible serial number
- Dell Inspiron laptop, Serial No. 36WY0D1

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Bradley W. Murphy

JEFFREY B. LANG
ACTING UNITED STATES ATTORNEY
EMP