IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
MAY - 5 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-CR-30107 |
| v. ) | |
| ) | VIO: 18 U.S.C. §§ 2251(a) and (e), |
| ) | 2252A(a)(5)(B) and (b)(2), |
| JEFFREY PRICE, ) | and 2253. |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Production of Child Pornography)

On or about October 2002 through on or about September 11, 2009, in Sangamon County, in the Central District of Illinois, the defendant,

**JEFFREY PRICE,**

did and attempted to knowingly use, persuade, induce, entice, and coerce a minor, R.P., to engage in sexually explicit conduct, as defined in Title 18, United States Code section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, and with such depiction being produced and transmitted using materials that had been mailed, shipped, and

transported in foreign commerce and said visual depiction having been transported and transmitted by any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Possession of Child Pornography)

On or about September 11, 2009, in Sangamon County, in the Central District of Illinois, the defendant,

**JEFFREY PRICE**,

did knowingly possess, and knowingly attempt to possess, computer hard drives and other digital storage materials, containing images of child pornography, as defined in Title 18 United States Code Section 2256(8), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of 18 United States Code Section 2252A(a)(5)(B) and (b)(2).

## COUNT THREE
(Access with Intent to View Child Pornography)

On or about September 11, 2009, in Sangamon County, in the Central District of Illinois, the defendant,

**JEFFREY PRICE,**

did knowingly access with intent to view computer hard drives and other digital storage materials, containing images of child pornography, as defined in Title 18 United States Code Section 2256(8), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of 18 United States Code Section 2252A(a)(5)(B) and (b)(2).

## NOTICE OF FORFEITURE

1. The charges contained in Counts One, Two and Three are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One, Two and Three of this Superseding Indictment, the defendant,

**JEFFREY PRICE,**

3

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One, Two and Three of this Superceding Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One, Two and Three of this Superceding Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One, Two and Three of this Superseding Indictment.

    3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software. Including the specific equipment listed:

- Kodak EasyShare printer dock, and any digitial media contained therein

- Fuji Discovery 290 zoom film camera

- Dell Inspiron laptop, Serial No. 36WY0D1

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Patrick Hansen

JEFFREY B. LANG
UNITED STATES ATTORNEY
EMP