## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 09-CR-30107 |
| ) | |
| JEFFREY PRICE, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL AND
### FINAL PRETRIAL CONFERENCE

Now comes the United States of America by its attorneys, James A. Lewis, United States Attorney for the Central District of Illinois, Assistant United States Attorneys Elly M. Peirson and Gregory Gilmore, and for its Motion to Continue Jury Trial and Final Pretrial Conference, states as follows:

1. This matter is currently set for jury trial on April 5, 2011, at 10:00 a.m. and final pretrial conference on March 16, 2011, at 11:00 a.m.

2. The defendant has had three attorneys appointed to represent him throughout the pendency of this case and has requested six continuances of the trial in this matter in order to allow his attorneys to adequately prepare for trial. The government has not opposed any of the defendant's motions. On January 20, 2011, the parties appeared before United States Magistrate Judge Byron G. Cudmore on defendant's motion to continue the trial. The United States did not oppose defendant's motion but indicated the United States would be unavailable to try the case the week of

April 5.  The Court granted defendant's request to continue the trial and set the matter on the rolling calendar for the April trial date, April 5, 2011.

3. Assistant United States Attorney Elly Peirson is appointed as a Special Prosecutor in *United States v. William Beaty*, 10-CR-40052 in the Southern District of Illinois.  The *Beaty* case is set for sentencing on April 8, 2011, before United States District Court Judge Phil Gilbert.  This sentencing hearing has already been reset once at the defendant's request.  AUSA Peirson will need to travel from Urbana, Illinois to Benton, Illinois on Thursday, April 7, 2011 in order to appear before Judge Gilbert on the morning on April 8, 2011.  As this matter is set for a four-day trial, the government does not anticipate that the trial will conclude prior to the sentencing hearing in the *Beaty* matter.  Because AUSA Peirson has been appointed as a Special Prosecutor pursuant to 28 U.S.C. § 515, another attorney cannot appear on her behalf for that matter without approval of the Attorney General through the Executive Office of United States Attorneys.

4. In addition, AUSA Gregory Gilmore will be out of the office and unavailable from April 3, 2011 through April 10, 2011.

5. Both of the government attorneys have spent a considerable amount of time reviewing the extensive discovery and meeting with the witnesses, including the minor victim, who will be testifying to sensitive matters and has established a rapport with the prosecutors.

6.	The undersigned has contacted the defendant's counsel, James E. Elmore, who has indicated that he has no objection to a brief continuance of the jury trial to commence any week in April or May from April 18, 2011 through May 16, 2011.  The parties request that should this Court grant this Motion to Continue the jury trial that a final pretrial conference be reset two or three weeks prior to the commencement of the jury trial.

7.	This motion is not intended to unreasonably delay the trial in this cause or cause prejudice to the defendant.

8.	The ends of justice are served by granting this Unopposed Motion to Continue Trial and outweigh the best interests of the public or the defendant in a speedy trial. 18 U.S.C. § 3161(h)(B)(8)(A).

    Respectfully submitted,

    JAMES A. LEWIS
    UNITED STATES ATTORNEY

    s/ Elly M. Peirson
    Elly M. Peirson, Illinois Bar No. 6298075
    Assistant United States Attorney
    318 South Sixth Street
    Springfield, IL 62701
    Telephone: (217) 492-4450
    Facsimile: (217) 492-4512
    elly.peirson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

>James E. Elmore
>Elmore & Reid
>808 South Second Street
>Springfield, Illinois 62704

>s/ Elly M. Peirson
>Elly M. Peirson, Illinois Bar No. 6298075
>Assistant United States Attorney
>318 South Sixth Street
>Springfield, IL 62701
>Telephone: (217) 492-4450
>Facsimile: (217) 492-4512
>elly.peirson@usdoj.gov