**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 09-30107 |
| ) | |
| JEFFREY PRICE, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED STATEMENT OF THE CASE

The defendant is charged with one count of producing child pornography by using, enticing, persuading or coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct from October 2002 through September 11, 2009. In addition, the defendant is charged with possessing and accessing with intent to view child pornography, including visual depictions of minors engaged in sexually explicit conduct, on September 11, 2009, in Sangamon County, Illinois.

The defendant has pleaded not guilty.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/Elly M. Peirson
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      James Elmore
      Elmore & Reid
      808 South Second Street
      Springfield, Illinois 62704

      s/Elly M. Peirson
      Elly M. Peirson, IL Bar No. 6298075
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Telephone: (217) 373-5875
      elly.peirson@usdoj.gov