IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-30107 |
| | ) | |
| JEFFREY PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF EXHIBITS

The United States of America hereby submits the following list of potential exhibits for its case-in-chief in the captioned matter:

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | | | Photographs taken during execution of search warrant on 9/11/2009 |
| 2 | | | | Photographs of RP seized during execution of search warrant on 9/11/2009 |
| 3 | | | | Dell Inspiron E1505, S/N 36WY0D1 |
| 3A | | | | Seagate hard drive contained in Exhibit 3 |
| Group 3B | | | | Still images of RP recovered from Exhibit 3A |
| Group 3C | | | | Still images of other child pornography recovered from Exhibit 3A |
| 3D | | | | Video image entitled "NeliaDayBed.avi" recovered from Exhibit 3A |
| 4 | | | | Dell Dimension L733R, S/N C229201 |
| 4A | | | | Maxtor hard drive contained in Exhibit 4 |
| Group 4B | | | | Images of RP recovered from Exhibit 4A |
| Group 5A | | | | Images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |
| Group 5B | | | | Additional images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| Group 6 | | | | Exhibits prepared by computer forensic examiner SFO William Lynn re: forensic examination of Exhibits 3A and 4A |
| 7-1 | | | | Audio recording of 9/11/2009 interview of defendant |
| 7-1TR | | | | Transcript of Exhibit 7-1 |
| 7-2 | | | | Audio recording of 10/22/2009 interview of defendant |
| 7-2TR | | | | Transcript of Exhibit 7-2 |
| 7-3 | | | | Audio recording of 10/28/2009 phone call |
| 7-3TR | | | | Transcript of Exhibit 7-3 |
| 7-4 | | | | Audio recording of 11/24/2009 phone call |
| 7-4TR | | | | Transcript of Exhibit 7-4 |
| 7-5 | | | | Audio recording of 11/25/2009 phone call |
| 7-5TR | | | | Transcript of Exhibit 7-5 |
| 7-6 | | | | Audio recording of 12/14/2009 phone call |
| 7-6TR | | | | Transcript of Exhibit 7-6 |

Respectfully submitted

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY


By:   /s/Greggory R. Walters
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: (309) 671-7050
Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of September, 2011, I filed a copy of the foregoing exhibit list with the Clerk of the Court using the CM/ECF system, which will cause notice of the list to be sent to:

Jon Gray Noll
Daniel A. Noll
Attorneys for the Defendant

/s/Debra L. Hansen
Legal Assistant