IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-30107 |
| ) | |
| JEFFREY PRICE, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF EXPERT TESTIMONY

The United States of America hereby provides notice of the following expert witness testimony at the trial in the captioned matter:

1. Careyana Brenham, M.D.: Dr. Brenham will testify consistent with the information and opinions set forth in her upcoming report. Dr. Brenham has indicated to the undersigned that she expects to have her report completed sometime during the week of October 3, 2011. Upon its receipt of Dr. Brenham's report, the United States will provide a copy to the defendant in discovery. A copy of Dr. Brenham's CV has been provided in discovery. *See* Bates nos. 461-469.

2. Detective Chad Gish, Metro Nashville Police Department: Detective Gish will testify consistent with the information and opinions set for in his

1

reports. *See* Bates Nos. 1162-1191, 1237-1241. A copy of Detective Gish's CV has been provided in discovery. *See* Bates nos. 1155-1160.

    3.    Special Federal Officer William Lynn, United States Secret Service/Bloomington Police Department: SFO Lynn will testify consistent with the information and opinions set forth in his reports. *See* Bates nos. 539-567, 580-620, 1242-1250. A copy of SFO Lynn's CV is available upon request.

    4.    Senior Special Agent Michael Mitchell, United States Department of Homeland Security, Immigration and Customs Enforcement: SSA Mitchell will testify consistent with the information and opinions set forth in his reports. *See* Bates nos. 9-23, 1314-1344. A copy of SSA Mitchell's CV is available upon request.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
>
> JAMES A. LEWIS
> UNITED STATES ATTTORNEY
>
> By:   /s/Greggory R. Walters
>        Assistant United States Attorney
>        One Technology Plaza
>        211 Fulton Street, Suite 400
>        Peoria, Illinois 61602
>        Tel: 309-671-7050
>        Fax: 309-671-7259

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd Day of October, 2011, filed a copy of the foregoing notice with the Clerk of the Court using the CM/ECF system, which will cause notice of the foregoing to be sent to:

Jon Gray Noll
Daniel A. Noll
Attorneys for the Defendant

/s/Jessica Stowe
Legal Assistant