IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-30107 |
| ) | |
| JEFFREY PRICE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT
<u>EVIDENCE OF COUNTRY OF ORIGIN</u>**

The United States of America, for its motion in limine to admit evidence of country of origin, states:

1. Accompanying this motion is a memorandum of law.

2. As further explained and supported in the memorandum of law, the United States seeks a ruling from the Court that the trade inscriptions on two hard drives that the government will seek to admit as evidence at the trial are self-authenticating under Fed. R. Evid. 902(7) and are not "hearsay" as that term is defined under Fed. R. Evid. 801.

3. Alternatively, as set forth in the memorandum, the United States seeks a ruling from this Court that the trade inscriptions meet the requirements of the residual hearsay exception found in Fed. R. Evid. 807.

For the foregoing reasons and for the reasons set forth in the accompanying memorandum of law, the United States respectfully requests this Court grant this motion in limine to admit.

Respectfully submitted,

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:   /s/Greggory R. Walters
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: 309-671-7050
Fax: 309-671-7259

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th Day of October, 2011, I filed a copy of the foregoing motion with the Clerk of the Court using the CM/ECF system, which will cause notice of the motion to be sent to:

Jon Gray Noll
Daniel A. Noll
Attorneys for the Defendant

/s/Jessica Stowe
Legal Assistant