IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 09-30107 |
|  | ) |  |
| JEFFREY PRICE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# GOVERNMENT'S FIRST AMENDED LIST OF EXHIBITS

The United States of America hereby submits the following amended list of potential exhibits for its case-in-chief in the captioned matter:

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 |  |  |  | Photographs taken during execution of search warrant on 9/11/2009 |
| 2 |  |  |  | Photographs of RP seized during execution of search warrant on 9/11/2009 |
| 3 |  |  |  | Dell Inspiron E1505, S/N 36WY0D1 |
| 3A |  |  |  | Seagate hard drive contained in Exhibit 3 |
| Group 3B |  |  |  | Still images of RP recovered from Exhibit 3A |
| Group 3C |  |  |  | Still images of other child pornography recovered from Exhibit 3A |
| 3D |  |  |  | Video image entitled "NeliaDayBed.avi" recovered from Exhibit 3A |
| 4 |  |  |  | Dell Dimension L733R, S/N C229201 |
| 4A |  |  |  | Maxtor hard drive contained in Exhibit 4 |
| Group 4B |  |  |  | Images of RP recovered from Exhibit 4A |
| Group 5A |  |  |  | Images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |
| Group 5B |  |  |  | Additional images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| Group 6 | | | | Exhibits prepared by computer forensic examiner SFO William Lynn re: forensic examination of Exhibits 3A and 4A |
| 7-1 | | | | Audio recording of 9/11/2009 interview of defendant |
| 7-1TR | | | | Transcript of Exhibit 7-1 |
| 7-2 | | | | Audio recording of 10/22/2009 interview of defendant |
| 7-2TR | | | | Transcript of Exhibit 7-2 |
| 7-3 | | | | Audio recording of 10/28/2009 phone call |
| 7-3TR | | | | Transcript of Exhibit 7-3 |
| 7-4 | | | | Audio recording of 11/24/2009 phone call |
| 7-4TR | | | | Transcript of Exhibit 7-4 |
| 7-5 | | | | Audio recording of 11/25/2009 phone call |
| 7-5TR | | | | Transcript of Exhibit 7-5 |
| 7-6 | | | | Audio recording of 12/14/2009 phone call |
| 7-6TR | | | | Transcript of Exhibit 7-6 |
| Group 8 | | | | Seagate business records re: country of origin of the Seagate hard drive (Exhibit 3A) and Maxtor hard drive (Exhibit 4A)**** |
| 9 | | | | Tanner Scale |

\*\*\*\*    **Pursuant to Fed. R. Evid. 902(11), the defendant is hereby notified of the United States' intent to introduce Group Exhibit 8 pursuant to Fed. R. Evid. 902(11). Stand by counsel has copies of the documents and business records certification (Bates Nos. 1342 through 1344) if the defendant wishes to review the documents.**

Respectfully submitted

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:    /s/Greggory R. Walters
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: (309) 671-7050
Fax: (309) 671-7259

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of October, 2011, I filed a copy of the foregoing amended exhibit list with the Clerk of the Court using the CM/ECF system, which will cause notice of the list to be sent to:

Jon Gray Noll
Daniel A. Noll
*Stand by Counsel*

I further certify that on this same date, I placed a copy of the foregoing list in the United States Mail, First Class and postage prepaid, addressed to:

Jeffrey Price
*Pro Se* Defendant
204 E. Adams Street
Pittsfield, Illinois 62363

I further certify that on this same date, I sent a copy of the foregoing by facsimile, 217-285-4496, addressed to the attention of Jeffrey Price, *Pro Se* Defendant.

/s/Jessica Stowe
Legal Assistant