**E-FILED**
Monday, 24 October, 2011  11:47:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JEFFREY PRICE, | ) | No. 09-cr-30107 |
| | ) | |
| Defendant. | ) | |

<u>MOTION FOR DISCLOSURE OF PHOTOS</u>

**NOW COMES** the Defendant, Jeffrey Price, on a *pro se* basis, and for his Motion

for Disclosure of Photos, states to this Honorable Court as follows, that:

1.      On October 22, 2009 and October 27, 2009, at court proceedings before

the Honorable Magistrate Judge Byron Cudmore, the government presented

photographs to Judge Cudmore in furtherance of its complaint and in support of its

Petition for Detention.  The Defendant was not provided access to these photos on

either court date, nor was his public defender attorney.

2.      Judge Cudmore subsequently sealed these photographs.  The Defendant

has never seen the photographs nor knows the content or nature of the photographs.

3.      Defendant argues that due process requires that any evidence used to

incarcerate the Defendant or prosecute the Defendant must be provided to him for

review in open court.  This has not been done.

**WHEREFORE,** Defendant, Jeffrey Price, prays this Honorable Court to order the

photographs to be unsealed and to allow the Defendant to review same.

1

2

Respectfully submitted,


/s Jeffrey Price
Jeffrey Price
*Pro Se*
Pike County Jail
204 Adams Street
Pittsfield, IL 62363

3:09-cr-30107-SEM-BGC  # 112   Filed: 10/24/11   Page 2 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Greggory R. Walters
Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


Jeffrey Price
Pike County Jail
204 Adams Street
Pittsfield, IL 62363


         By: /s Jon Gray Noll
            JON GRAY NOLL
            Reg. No. 02060108
            Noll Law Office
            1201 South Sixth Street
            Springfield, IL 62703
            (217) 544-8441
            (217) 544-8775 (fax)
            Email: noll@noll-law.com