IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JEFFREY PRICE, ) | No. 09-cr-30107 |
| ) | |
| Defendant. ) | |

DEFENDANT'S REQUEST FOR EXPLANATION

**NOW COMES** the Defendant, Jeffrey Price, on a *pro se* basis, and prays this Honorable Court for demand upon the government to explain its changing of and addition of information in its last superseding indictment. In furtherance of this request, the Defendant states as follows, that:

ITEM IN QUESTION

In the government's superseding indictment, Docket #76, referencing Count Two (possession of child pornography), the government has now added a Dell Dimension computer L133R5/n C229201 to its charges. Defendant inquires and demands an explanation as to why R.P.'s personal computer (in her room and used solely by her during the time it was owned by Defendant's family) is included. This computer was never the Defendant's.

NOTICE OF FORFEITURE ALSO IN QUESTION

The Defendant inquires as to why several items have been taken off of the attached forfeiture, namely but not limited to the Gateway computer tower, Serial No. GCN6B11005844 belonging to Jeffrey Price Jr. that knowingly and by government analysis contained numerous and copious amounts of child porn, incest related items and pirated software. Also in question is

1

the various CD's and DVD's recovered from Jeffrey Price, Jr.'s room containing movies and alleged child pornography.

## PURPOSE AND REASONING FOR REQUESTS

The Defendant purports it is his right to know and understand if the government is planning on filing criminal charges against Jeffrey Price, Jr. and or if the government is not filing charges and has already destroyed said materials in an agreement for Jeffrey Price Jr.'s testimony.

Defendant also requires clarification of the government's seeming desire to eliminate any and all guilt from R.P. by including her personal computer into the Defendant's indictment Count 2.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant now prays this Honorable Court to compel the government to dutifully and diligently explain its position and reasoning for these major changes in this superseding indictment.

Respectfully submitted,

/s Jeffrey Price
Jeffrey Price
*Pro Se*
Pike County Jail
204 Adams Street
Pittsfield, IL 62363

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Greggory R. Walters
Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Jeffrey Price
Pike County Jail
204 Adams Street
Pittsfield, IL 62363

                                                  By:  /s Jon Gray Noll
                                                        JON GRAY NOLL
                                                        Reg. No. 02060108
                                                        Noll Law Office
                                                        1201 South Sixth Street
                                                        Springfield, IL  62703
                                                        (217) 544-8441
                                                        (217) 544-8775 (fax)
                                                        Email: noll@noll-law.com