IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SANGAMON COUNTY, SPRINGFIELD, ILLINOIS

<u>COMPLAINT FOR SEARCH WARRANT</u>

Complainant, **Paula M. Morrow** of the City of **Springfield**, County of **Sangamon**, State of **Illinois**, upon oath, complains to and informs said Court:

(1) That Complainant states facts contained in the attached Affidavit to support the complaint and to show probable cause for the issuance of the Search Warrant prayed for.

(2) That the following described place or person, or both, are to be subject of the requested search:

> The property located at 830 N. 7th Street, Riverton, Sangamon County, Illinois. The residence is on the corner of 7th Street and Ivyland Dr./ Coyland Dr. The house is north of the intersection on the east side of the road. The residence is a single story structure, grey in color with blue shutters. The front door faces west and is located in the center of the residence. There is a white screen door on the front of the house and a small concrete porch in front of the door. The numerals "830" are attached to the house north of the front door. There is one shed or out building on the property. There is a back door to the residence which faces east.

(3) The following things are to be seized:

> Any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, cellular telephones, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), any computer programs capable of viewing any graphic files; and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup

Exhibit 2

1

Price000151

tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to visually depict child pornography or child erotica; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, child erotica or information pertaining to an interest in child pornography; and any text files containing information pertaining to the interest in child pornography or sexual activity with children and/or pertaining to the sale, receipt, or possession of child pornography; all other fruits or instrumentalities associated with child pornography, criminal sexual abuse, or criminal sexual assault.

And the property described herein, when found, shall be inventoried and return of all instruments, articles, or things seized shall be made without unnecessary delay.

WHEREFORE, Complainant prays that a Search Warrant may issue according to law.

*[signature]*
Complainant

I have examined the foregoing Complaint for Search Warrant and hereby order that a Search Warrant issue.

*[signature]*
Judge of the Circuit Court
Sangamon County, Illinois

Subscribed and sworn to before me in Springfield, Illinois this __11__ day of __September__, 2009 at the hour of __11:00__ o'clock __A__.M.

2