UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  09-CR-30107 |
| ) | |
| JEFFREY PRICE, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED STATEMENT OF THE CASE**

The defendant is charged with one count of use of a minor to produce child pornography by using, enticing, persuading or coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct between 2002 and 2004.  For this count, the indictment charges that the defendant knew or had reason to know that such visual depiction would be transported in the interstate or foreign commerce or where the visual depiction was actually transported in interstate or foreign commerce or mailed.   In addition, the defendant is charged with possessing child pornography, including materials containing images of minors engaged in sexually explicit conduct, between February 2008 and September 11, 2009, in the Central District of Illinois.

The defendant has pleaded not guilty.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

By: <u>/s/Greggory R. Walters</u>
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: 309-671-7050
Fax: 309-671-7259

Alexandra R. Gelber, DC Bar No. 473773
Assistant Deputy Chief
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue, NW, Suite 600
Washington, DC 20530
Telephone: (202) 307-1316
Fax: (202) 514-1793
alexandra.gelber@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> John Gray Noll
> Daniel A. Noll
> Stand-by counsel

I further certify that on this same date, I placed a copy of the foregoing in the United States Mail, First Class, postage prepaid, addressed to:

> Jeffrey Price
> Pro se Defendant
> Pike County Jail
> 204 E. Adams Street
> Pittsfield, IL 62363

I further certify that on this same date, I sent a copy of the foregoing by facsimile, 217-285-4496, addressed to the attention of Jeffrey Price, Pro Se Defendant.

/s/Jessica Stowe
Legal Assistant