IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JEFFREY PRICE, ) | No. 09-cr-30107 |
| ) | |
| Defendant. ) | |

**MOTION TO EXCLUDE 404(B) Evidence**

**NOW COMES,** the Defendant, Jeffrey Price, on a *pro se* basis, and for his Motion to Exclude 404(B) Evidence states as follows:

In the Second Superseding Indictment, the Defendant is charged with Production of Child Pornography between 2002 to 2004. *See*: Count 1.

Previously, the Court ruled that 404(B) evidence concerning Defendant's alleged molestation of R.P. would be allowed. This ruling was done under the First Superseding Indictment where the timeframe was expanded from 2002 to 2009.

The Defendant believes that the Government has alleged that the molestation took place during the 2005 to 2006 timeframe. This timeframe is after any photographic images of R.P. were taken. Therefore, there is not a temporal proximity between the alleged molestation and the Production of the Photographs even taking the evidence in the light most favorable to the Government.

The accusations by R.P. supposedly all took place and happened while the family lived at 830 North 7th Street. The lease and move in date of this address was between March and May of 2005.

1

These alleged incidents never even happened or even supposedly happened during the time when the photos were taken. The family lived at 128 Lucky Horseshoe in Riverton and R.P. had not yet began menstruating and had no breast development as is evidence by the photos themselves.

These accusations the Government cite all supposedly happened outside of the parameter of the 2002-2004 date that the Government has itself now established in the superseding charge – Count I: Production of Child Pornography between 2002-2004.

Moreover, the defense hereby enters its objection to the Government's desire to offer testimony concerning the following items:

1) that the Defendant showed his son a video depicting child pornography;

2) that the Defendant asked his son hypothetical questions about his son having a sexual relationship with RP;

3) that the Defendant made statements to his son concerning references to incest in the Bible and the Defendant's wish to live in such times;

4) that the Defendant showed the victim RP websites that contained images of child pornography;

5) that the Defendant asked RP hypothetical questions about her having a sexual relationship with her brother;

6) that the Defendant made statements to the victim RP concerning references to incest in the Bible and the Defendant's wish to live in such times.

The Government shows by its own vernacular that these items are in fact only hypothetical and hearsay that appear to be the result of 'coaching' on the part of the Government and/or 'rehearsed' by the complaining witness and her brother. Again, by the Government's own

words, these items are not evidence and should not be allowed to be used or posed as questions to either witness.

**THEREFORE**, all statements contained in any affidavit or testimony from R.P. concerning any alleged acts of touching, etc. must be suppressed and stricken, and for such other and further relief this court deems just and equitable.

Respectfully submitted,

/s Jeffrey Price
Jeffrey Price
*Pro Se*
Pike County Jail
204 Adams Street
Pittsfield, IL 62363

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Greggory R. Walters
Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Jeffrey Price
Pike County Jail
204 Adams Street
Pittsfield, IL 62363

                                        By:  /s Jon Gray Noll
                                                 JON GRAY NOLL
                                                 Reg. No. 02060108
                                                 Noll Law Office
                                                 1201 South Sixth Street
                                                 Springfield, IL  62703
                                                 (217) 544-8441
                                                 (217) 544-8775 (fax)
                                                 Email: noll@noll-law.com