IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

FILED
NOV 4 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-30107 |
| JEFFREY PRICE, | ) |
| Defendant. | ) |

### VERDICT

We, the jury, find the defendant, JEFFREY PRICE, __Guilty__
(guilty -- or -- not guilty)
of the offense of using a minor for the purpose of producing child pornography, as charged in Count One of the second superseding indictment.

11/04/11
DATE

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Foreperson

FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD



FILED

NOV 4 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-30107 |
| | ) | |
| JEFFREY PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## SPECIAL VERDICT

If you find the defendant guilty as charged in Count One, please complete the following:

We, the jury, unanimously agree [BEYOND A REASONABLE DOUBT] that the offense charged in Count One occurred after April 30, 2003:

☒ Yes

☐ No



11/04/11
DATE

Juror
_____

Juror
_____

Juror
_____

Foreperson

FOREPERSON
_____

34(b)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD



FILED
NOV 4 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-30107 |
| JEFFREY PRICE, | ) |
| Defendant. | ) |

## SPECIAL VERDICT

If you find the defendant guilty as charged in Count One, please complete the following:

We, the jury, unanimously agree that all of the elements of the offense charged in Count One have been proved beyond a reasonable doubt with respect to at least one visual depiction of R.P. Specifically, that visual depiction is or those visual depictions are (mark all that apply):

- ☒ Government Exhibit 5A-1
- ☒ Government Exhibit 5A-2
- ☒ Government Exhibit 5A-3
- ☒ Government Exhibit 5A-4
- ☒ Government Exhibit 5A-5
- ☐ Government Exhibit 5A-6
- ☐ Government Exhibit 5A-7

11/4/11
DATE

| Juror | Juror |
| Juror | Juror |
| Juror | Juror |
| Juror | Juror |
| Juror | Foreperson |
| Juror | FOREPERSON |



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD



FILED
NOV 4 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-30107 |
| | ) | |
| JEFFREY PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, find the defendant, JEFFREY PRICE, __Guilty__

(guilty –or– not guilty)

of the offense of possession of child pornography, as charged in Count Two of the second superseding indictment.

__11/4/11__
DATE

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Juror

Foreperson

FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

FILED
NOV 4 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-30107 |
| JEFFREY PRICE, | ) ) ) |
| Defendant. | ) |

## SPECIAL VERDICT

If you find the defendant guilty as charged in Count Two, please complete the following:

We, the jury, unanimously agree that all of the elements of the offense charged in Count Two have been proved beyond a reasonable doubt with respect to at least one image:

☒ Yes

☐ No

__11/4/11__
DATE



Juror

Juror

Juror

Juror

Juror

Juror



_____  _____
Juror                        Juror

_____  _____
Juror                        Juror

_____  _____
Juror                        Foreperson

FOREPERSON