3:09-cr-30107-SEM-BGC   # 162   Filed: 11/08/11   Page 1 of 5   E-FILED
3:09-cr-30107-SEM-BGC   # 118   Page 1 of 3   Tuesday, 08 November, 2011 09:33:47 AM
                                              Clerk, U.S. District Court, ILCD
                                              Tuesday, 25 October, 2011 08:33:19 AM
                                              Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-30107 |
| JEFFREY PRICE, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SECOND AMENDED
LIST OF EXHIBITS**

FILED
NOV 7 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The United States of America hereby submits the following second amended list of potential exhibits for its case-in-chief in the captioned matter:

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | 11-2-2011 | 11-2-2011 | Photographs taken during execution of search warrant on 9/11/2009 |
| 2 | | 11-2-2011 | 11-2-2011 | Photographs of RP seized during execution of search warrant on 9/11/2009 |
| 3 | | 11-1-2011 | 11-2-2011 | Dell Inspiron E1505, S/N 36WY0D1 |
| 3A | | 11-1-2011 | 11-2-2011 | Seagate hard drive contained in Exhibit 3 |
| Group 3B | | 11-1-2011 | 11-2-2011 | Still images of RP recovered from Exhibit 3A |
| Group 3C | | 11-2-2011 | 11-2-2011 | Still images (36 hard copies) of other child pornography recovered from Exhibit 3A |
| 3C-1 | | 11-2-2011 | 11-2-2011 | Still images (CD/DVD) of other child pornography images recovered from Exhibit 3A |
| 3D | | 11-2-2011 | 11-2-2011 | Video image (DVD) entitled "NeliaDayBed.avi" recovered from Exhibit 3A |
| 3D-1 | | 11-2-2011 | 11-2-2011 | Other video images (DVD) of child pornography recovered from Exhibit 3A |
| 4 | | 11-1-2011 | 11-2-2011 | Dell Dimension L733R, S/N C229201 |
| 4A | | 11-2-2011 | 11-2-2011 | Maxtor hard drive contained in Exhibit 4 |
| Group 4B | | 11-1-2011 | 11-2-2011 | Images of RP recovered from Exhibit 4A |

1

| Ex. No. | Date | Marked | Admitted | Description |
|---|---|---|---|---|
| Group 5A | | 11-1-2011 | 11-1-2011 | Images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |
| Group 5B | | 11-1-2011 | 11-1-2011 | Additional images of RP recovered in MNPD Investigation No. 08-795704, Lab No. CFL 08-0074 |
| Group 6  6-3 demonstrative | | 11-2-2011 | 11-2-2011  11-3-2011 | Exhibits prepared by computer forensic examiner SFO William Lynn re: forensic examination of Exhibits 3A and 4A |
| 7-1 | | 11-1-2011 | 11-1-2011 | Audio recording of 9/11/2009 interview of defendant |
| 7-1TR | | 11-1-2011 | 11-1-2011 | Transcript of Exhibit 7-1 |
| 7-3 | | | | Audio recording of 10/28/2009 phone call |
| 7-3TR | | | | Transcript of Exhibit 7-3 |
| 7-4 | | 11-2-2011 | 11-2-2011 | Audio recording of 11/24/2009 phone call |
| 7-4TR | | 11-2-2011 | 11-2-2011 | Transcript of Exhibit 7-4 |
| 7-5 | | 11-2-2011 | 11-2-2011 | Audio recording of 11/25/2009 phone call |
| 7-5TR | | 11-2-2011 | 11-2-2011 | Transcript of Exhibit 7-5 |
| 7-6 | | 11-2-2011 | 11-2-2011 | Audio recording of 12/14/2009 phone call |
| 7-6TR | | 11-2-2011 | 11-2-2011 | Transcript of Exhibit 7-6 |
| Group 8 | | A B 11-2-2011 | 11-2-2011  11-2-2011 | Seagate business records re: country of origin of the Seagate hard drive (Exhibit 3A) and Maxtor hard drive (Exhibit 4A)**** |
| 9 | | | | Tanner Scale |
| 10 | | 11-2-2011 | 11-2-2011 | Diagram of floor plan of defendant's residence |

**** Pursuant to Fed. R. Evid. 902(11), the defendant is hereby notified of the United States' intent to introduce Group Exhibit 8 pursuant to Fed. R. Evid. 902(11). Stand by counsel has copies of the documents and business records certification (Bates Nos. 1342 through 1344) if the defendant wishes to review the documents.

Respectfully submitted

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:    /s/Greggory R. Walters
       Assistant United States Attorney
       One Technology Plaza
       211 Fulton Street, Suite 400
       Peoria, Illinois 61602
       Tel: (309) 671-7050
       Fax: (309) 671-7259

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

USA

V.

Jeffrey Price

**Court EXHIBIT AND WITNESS LIST**

Case Number: 09-30107

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue E. Myerscough | Greggory Walters and Alexandra Gelb | Pro Se/Jon Noll & Daniel Noll (Standby) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/2011 | Kathy Sullivan | Christy Taylor |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | | 11/1/2011 | | Dr. Ellison's Medical Report |
| 12 | | | 11/1/2011 | | Stapelton Log |
| 13 | | | 11/1/2011 | | Report ICE 95 - pg 4 |
| 6-7 | | | | 11/3/2011 | image |
| 14 | | | 11-4-11 | | letter written by P Price |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

USA

V.

Jeffrey Price

**Deft EXHIBIT AND WITNESS LIST**

Case Number: 09-30107

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue E. Myerscough | Greggory Walters and Alexandra Gelb | Pro Se/Jon Noll & Daniel Noll (Standby) |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/2011 | Kathy Sullivan | Christy Taylor |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |
| | 3 | 11-2-2011 | 11-2-2011 | | Sp PD Directive OPS-21 |
| | 4 | | 11-2-2011 | | Sp PD Addendum - Dept Directive ADM-10 |
| | 5 | | 11-2-2011 | | Sp PD Property Inventory 09-87615 |
| | 11 | | 11-3-2011 | | Group Exhibits - note & cards. |
| | 10 A-X | 11-3-2011 | | | Group Exhibit of photo |
| | 10 A | | 11-3-2011 | | Photos.  Admitted   Admitted |
| | G | | 11-3-11 | | 10 A   11-4-11   S   11-4-11 |
| | I | | 11-3-11 | | B   11-4-11   T   11-4-11 |
| | J | | 11-3-11 | | C   11-4-11   U   11-4-11 |
| | K | | 11-3-11 | | D   11-4-11   V   11-4-11 |
| | L | | 11-3-11 | | E   11-4-11   X   11-4-11 |
| | M | | 11-3-11 | | F   11-4-11   W   11-4-11 |
| | N | | 11-3-11 | | Q   11-4-11 |
| | O | | 11-3-11 | | R   11-4-11 |
| | P | | 11-3-11 | | |
| | | 11-2-2011 | | | Affidavit for Search Warrant by Morrow |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

USA

V.

Jeffrey Price

## EXHIBIT AND WITNESS LIST

Case Number: 09-30107

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue E. Myerscough | Greggory Walters and Alexandra Gelb | Pro Se/Jon Noll & Daniel Noll (Standby) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/1/2011 | Kathy Sullivan | Christy Taylor |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 23 | 11-2-11 |  |  | Sp PD Seizure Report |
|  | 25 | 11-3-11 |  |  | Agent Bowles Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages